UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DAVID ALLEN BRASWELL, and <br> OPERATING ENGINEERS LOCAL UNION <br> NO. 474 HEALTH AND WELFARE FUND, <br><br> Plaintiffs, <br><br> v. <br><br> JESSIE R. GLISSON, <br><br> Defendant/Third-Party Plaintiff, <br><br> v. <br><br> LACI DAWN BRANTLEY, <br><br> Third-Party Defendant. | Civil Case No. 3:21-cv-00145 <br><br> *Judge William L. Campbell, Jr.* <br> *Magistrate Judge Barbara D. Holmes* |

## CONSENT JUDGMENT

Upon their agreement, and in compromise and settlement of the above-captioned action, the parties, David Allen Braswell and Operating Engineers Local Union No. 474 Health and Welfare Fund ("Plaintiffs") and Jessie R. Glisson ("Defendant"), hereby consent to the entry of judgment in terms herein described. Defendant admits to the jurisdiction of the Court over him and over the subject matter of this action. Defendant admits that this Court has the authority to enforce this judgment and that this Court is the most appropriate venue for any subsequent enforcement action.

It appearing to the Court that jurisdiction lies, and the Court is otherwise empowered to provide the relief to which the parties have agreement,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. Defendant Glisson is liable to the Plaintiffs as alleged in the Complaint, Dkt. 1, in the amount of $27,850.16 ("Delinquency").

2. Defendant agrees to pay to the Plaintiffs, and Plaintiffs agree to accept in satisfaction of the Delinquency, the total amount of $10,000.00 ("Settlement Amount") in the following installments:

    a. First payment of $800 due on or before July 10, 2022, and
    b. A successive payment of $300 on or before the 10th day of each and every month thereafter until the full Settlement Amount is paid.

    Payments should be submitted in time to be received by Plaintiffs on or before the 10th day of each month and proceeds made payable to "*Operating Engineers Local 474 Health & Welfare Fund*". Funds shall be submitted to Branstetter, Stranch & Jennings, PLLC, Attn: Karla M. Campbell, 223 Rosa L. Parks Avenue, Suite 200, Nashville, Tennessee 37203.

3. In addition to the Settlement Amount, Defendant Glisson grants to Plaintiffs a lien for and up to the amount of the Delinquency on any recovery or other monetary payment Defendant obtains or receives from Third-Party Defendant Brantley in connection with Jesse Ray Glisson v. Laci Dawn Glisson, Civil Action File No. SUDR2019000079, in the Superior Court of Bullouch County, State of Georgia.

4. Defendants' failure to effectuate any payment contemplated in Paragraph 2 *supra* within fifteen (15) business days of the due date of said payment ("Default") shall result in the acceleration of the full Settlement Amount. In the event of Default, Defendant Glisson shall pay to the Plaintiffs any additional attorneys' fees and costs incurred by Plaintiffs to enforce this judgment.

4856-8168-0678, v. 1

2

Case 3:21-cv-00145   Document 76   Filed 07/12/22   Page 2 of 4 PageID #: 305

5. Judgment will enter for the Settlement Amount, but Plaintiff agrees not to enforce the judgment except upon Default.

Accordingly, IT IS SO ORDERED this the  12th  day of         July         2022.

_____
HON. WILLIAM L. CAMPBELL, JR.
United States District Judge

Respectfully Submitted,

 /s/ *Karla M. Campbell*
Karla M. Campbell, BPR No. 027132
R. Jan Jennings, BPR No. 1536
**BRANSTETTER, STRANCH & JENNINGS, PLLC**
The Freedom Center
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
Phone: (615) 254-8801
Fax: (615) 255-5419
Email: janj@bsjfirm.com
Email: karlac@bsjfirm.com

 /s/ *Robin C. Moore*
Robin C. Moore, BPR No. 032995
220 Main Street North
P.O. Box 182
Carthage, TN 37030
Phone: (615) 735-1100
Fax: (615) 735-2598
Email: robin@robinmoorelaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing has been served via the Court's CM/ECF filing system (Moore), and electronic mail (Brantley) to:

| | |
|---|---|
| Robin C. Moore, Esquire | Laci Dawn Brantley |
| Robin Moore & Associates, PLLC | 206 Heathersage Drive |
| 220 Main Street, North | Kathleen, Georgia 31047 |
| P.O. Box 182 | *laci_brantley@outlook.com* |
| Carthage, TN 37030 | |
| *robin@robinmoorelaw.com* | |

Dated this 11th day of July 2022.

 /s/ *Karla M. Campbell*
 Karla M. Campbell
