IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DAVID ALLEN BRASWELL and OPERATING ENGINEERS LOCAL UNION NO. 474 HEALTH AND WELFARE FUND | ) ) ) ) |
| | ) NO. 3:21-cv-00145 |
| v. | ) JUDGE CAMPBELL |
| | ) MAGISTRATE JUDGE HOLMES |
| JESSIE R. GLISSON | ) |
| | ) |
| v. | ) |
| | ) |
| LACI D. BRANTLEY | ) |

**ORDER**

Pending before the Court is the Magistrate Judge's Report and Recommendation (Doc. No. 71), which was filed on July 6, 2022. Through the Report and Recommendation, the Magistrate Judge recommends that judgment be entered against Third-Party Defendant Laci Brantley in the sum of $27,850.16, pursuant to Rules 16(f), 37(d)(3), 55, and 56 of the Federal Rules of Civil Procedure. Although the Report and Recommendation advised the parties that any objections must be filed within 14 days of service, no objections have been filed.

The Court has reviewed the Report and Recommendation and concludes it should be adopted and approved. Accordingly, it is hereby **ORDERED** that **JUDGMENT FOR PLAINTIFFS** be entered against Third-Party Defendant Laci Brantley in the sum of $27,850.16. This judgment does not adjudicate all the claims or rights of the remaining parties.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE